B1 (Official Form 1) (04/13)

| United States Bankruptcy Court Middle District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Hilsman, Jacob Christopher | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 9571 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>2520 Monticello Road<br>Madison, GA<br>ZIPCODE 30650 | Street Address of Joint Debtor (No. and Street, City, and State)<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Morgan | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)
- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other  General Contractor

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Jacob Christopher Hilsman |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:22 - 32845-301X-***** - PDF-XChange 4.0

**B1 (Official Form 1) (04/13)** — Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Jacob Christopher Hilsman |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Jacob Christopher Hilsman
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

8/24/2015
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

(Date)

---

**Signature of Attorney***

**X** /s/ Kevin J. Cowart
Signature of Attorney for Debtor(s)

KEVIN J. COWART 191898
Printed Name of Attorney for Debtor(s)

The Cowart Law Firm P.C.
Firm Name

P.O. Box 897
Address

Madison, GA 30650

706-431-2450
Telephone Number

8/24/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
**Middle District of Georgia**

In re ___Jacob Christopher Hilsman_____         Case No._____
_____
Debtor(s)                                                  (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
### CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

□  3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

□  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    □  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    □  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
    □  Active military duty in a military combat zone.

□  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____/s/ Jacob Christopher Hilsman_____
JACOB CHRISTOPHER HILSMAN

8/24/2015
Date: _____

**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:23 - 32845-301X-***** - PDF-XChange 4.0

B6A (Official Form 6A) (12/07)

In re  Jacob Christopher Hilsman                                    Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Rental House<br>1181 Glades Road<br>Madison, GA 30650 | Fee Simple | | 65,200 | None |
| Residence<br>2520 Monticello Highway<br>Madison, GA 30650 | Fee Simple | | 284,700 | 250,000 |
| | | Total ▷ | 349,900 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   Jacob Christopher Hilsman                              Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Business Checking for Pilot Bank South | H | 500 |
| | | Business Checking for T-210L, LLC United Bank | H | 0 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household goods, furniture and electronics | H | 4,500 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Kubota Lawnmower | J | 500 |
| 6.  Wearing apparel. | | Clothes | J | 250 |
| 7.  Furs and jewelry. | | Jewelry | H | 500 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | IRA | H | 400 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:23 - 32845-301X-*****- PDF-XChange 4.0

In re __Jacob Christopher Hilsman__           Case No. _____
         **Debtor**                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Chevy Silverado 3500 Crew Cad 4x4 (250,000 miles) | H | 15,000 |
| | | 2007 Yamaha Raptor 700 | H | 2,000 |
| | | 5'x8' Enclosed Trailer | J | 1,200 |
| | | 2013 GMC 1500 EXTENDED CAB (85,000 MILES) | H | 18,000 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | | 1/3 interest in T-210L Cessna | H | 30,000 |

In re   Jacob Christopher Hilsman                          Case No. _____
                  **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | Assets of Pilot<br>Office Furniture | H | 1,500 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached        Total    $    74,350

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (04/13)**

In re   <u>Jacob Christopher Hilsman</u>            Case No. <u>                    </u>

                **Debtor**                                                       **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)               ☐  Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                    $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2007 Chevy Silverado 3500 Crew Cad 4x4 (250,000 miles) | OCGA §44-13-100(3) | 3,164 | 15,000 |
| Household goods, furniture and electronics | OCGA §44-13-100(4) | 4,500 | 4,500 |
| Clothes | OCGA §44-13-100(4) | 250 | 250 |
| Jewelry | OCGA §44-13-100(5) | 500 | 500 |
| IRA | OCGA §44-13-100(2.1)(D) | 400 | 400 |
| 2007 Yamaha Raptor 700 | OCGA §44-13-100(6) | 2,000 | 2,000 |
| 5'x8' Enclosed Trailer | OCGA §44-13-100(6) | 1,200 | 1,200 |
| Kubota Lawnmower | OCGA §44-13-100(6) | 500 | 500 |
| Business Checking for Pilot | OCGA §44-13-100(6) | 500 | 500 |
| | Total exemptions claimed: | 13,014 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:24 - 32845-301X-***** - PDF-XChange 4.0

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re  Jacob Christopher Hilsman                                    ,          Case No. _____
                        **Debtor**                                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 340919148190 <br><br> ALLY FINANCIAL <br> 200 RENAISSANCE CTR <br> DETROIT, MI 48243 | | | Lien: 2013 GMC 1500 <br> BUSINESS <br><br><br><br> VALUE $           18,000 | | | | 18,834 | 834 |
| ACCOUNT NO. 10000001115036236 <br><br> BANKSOUTH <br> 6340 LAKE OCONEE PKWY <br> GREENSBORO, GA 30642 | | | Lien: PMSI in vehicle < 910 days <br> Security: 2007 CHEVY <br> SILVERADO 3500 <br><br> VALUE $           15,000 | | | | 11,836 | 0 |
| ACCOUNT NO. <br><br> CENTURY BANK <br> 141 S WAYNE STREET <br> MILLEDGEVILLE, GA 31061 | | | Lien: Second Mortgage <br> Security: RENTAL PROPERTY <br> BUSINESS - RENTAL <br><br> VALUE $           65,200 | | | | 239,000 | 173,800 |

_1_____ continuation sheets attached

Subtotal▷ $    269,670    |    $    174,634
(Total of this page)

Total▷ $                    |    $
(Use only on last page)

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:24 - 32845-301X-***** - PDF-XChange 4.0

**B6D (Official Form 6D) (12/07) – Cont**.

In re   Jacob Christopher Hilsman                              ,          Case No. _____

          **Debtor**                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8004711<br><br>FIDELITY BANK<br>3 CORPORATE SQ NE STE 11<br>ATLANTA, GA 30329 | | | Security: 1181 GLADES ROAD, MADISON GA 30650<br>EQUITY LINE OF CREDIT<br>BUSINESS - RENTAL<br><br>VALUE $        65,200 | | | | 109,751 | 44,551 |
| ACCOUNT NO. HILLSMAN<br><br>LT SCHRAGER INVESTMENTS INC<br>1924 PIEDMONT CIRCLE NE, STE 100<br>ATLANTA, GA 30324 | | | Lien: First Mortgage<br>Security: 2520 MONTICELLO HIGHWAY<br>RESIDENCE<br><br>VALUE $        284,700 | | | | 250,000 | 0 |
| ACCOUNT NO. 4300000430799031<br><br>SUNTRUST BK<br>PO BOX 85526<br>RICHMOND, VA 23285 | | | Lien: First Mortgage<br>Security: RENTAL PROPERTY<br>BUSINESS - RENTAL<br><br>VALUE $        65,200 | | | | 21,095 | 0 |
| ACCOUNT NO. 17727425<br><br>UNITED BANK<br>685 GRIFFIN ST<br>ZEBULON, GA 30295 | | | <br><br><br>VALUE $        0 | | | | 3,724 | 3,724 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | |
|---|---|---|
| Subtotal (s) (Total(s) of this page) | $        384,570 | $        48,275 |
| Total(s) (Use only on last page) | $        654,240 | $        222,909 |

                                                   (Report also on    (If applicable, report
Summary of Schedules) also on Statistical
Summary of Certain
Liabilities and Related
Data.)

**B6E (Official Form 6E) (04/13)**

In re _____Jacob Christopher Hilsman_____ ,   Case No._____
                              Debtor                                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:25 - 32845-301X-***** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13) - Cont.**

In re ___Jacob Christopher Hilsman_____,    Case No._____
                            Debtor                                                                         (if known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:25 - 32845-301X-***** - PDF-XChange 4.0

_1_  
____ **continuation sheets attached**

B6E (Official Form 6E) (04/13) - Cont.

In re Jacob Christopher Hilsman_____,          Case No._____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Centralized Insolvancy Operation<br>Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | | 22,000 | 22,000 | 0 |
| ACCOUNT NO.<br><br>Georgia Department of Revenue<br>1200 Tradeport Boulevard<br>Atlanta, GA 30354 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal ➢<br>(Totals of this page) | $ 22,000 | $ 22,000 | $ 0 |
| Total ➢<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 22,000 | | |
| Totals ➢<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 22,000 | $ 0 |

**B6F (Official Form 6F) (12/07)**

In re   Jacob Christopher Hilsman                    ,                    Case No. _____
                      **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AIR CONDITIONING SPECIALISTS INC<br>500 HAMMOCK ROAD<br>MILLEDGEVILLE, GA 31061-7102 | | | UNPAID BUSINESS ACCOUNT | | | | 9,993 |
| ACCOUNT NO.   xxx1-95008<br><br>American Express<br>PO BOX 650448<br>Dallas, TX 75265-0448 | | | Consideration: Credit card debt | | | | 838 |
| ACCOUNT NO.<br><br>AMY CHATHAM<br>810 PALMER DR<br>HERNANDO, MS 38632-4532 | | | BUSINESS | | | | 1,050 |
| ACCOUNT NO.   PILOT<br><br>ASKEW APPLIANCE & TV INC<br>1500 W. BROAD ST<br>GREENSBORO, GA 30642 | | | BUSINESS | | | | 9,926 |

_15___ continuation sheets attached

Subtotal ▷  $    21,807

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:25 - 32845-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Jacob Christopher Hilsman_____,    Case No. _____
       **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Athens Digital Systems Inc<br>8801 Macon Highway, Suite 5<br>Athens, GA 30605 | | | BUSINESS Lease | | | | 741 |
| ACCOUNT NO.<br>BDLS & ASSOCIATES INC<br>PO BOX 340<br>GREENSBORO, GA 30642 | | | BUSINESS | | | | 3,870 |
| ACCOUNT NO.<br>BUG HOUSE PEST CONTROL OF LAKE OCONEE<br>1210 COMMERCE DR, SUITE 101<br>GREENSBORO, GA 30642 | | | BUSINESS | | | | 1,410 |
| ACCOUNT NO.  PILOT<br>BUILDERS IINSURANCE GROUP<br>PO BOX 723026<br>ATLANTA, GA 31139-0099 | | | BUSINESS | | | | 2,951 |
| ACCOUNT NO.  62811684<br>BUILDERS RISK PLAN<br>PO BOX 931795<br>ATLANTA, GA 31193-1795 | | | BUSINESS | | | | 3,114 |

Sheet no. 1 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $ 12,086

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:25 - 32845-301X-*****- PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Jacob Christopher Hilsman_____,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CAPITAL INVOICE<br>1431 LAKE WELBROOK DRIVE<br>ATHENS, GA 30606 | | | BUSINESS | | | | Notice Only |
| ACCOUNT NO.  PILOT<br><br>CARLOS & CHRISTINE CUBIAS<br>1226 S ALHAMBRIA CIRCLE<br>PALM BEACH GARDENS. FL 33418 | | | BUSINESS | | | | Notice Only |
| ACCOUNT NO.  PILOT<br><br>CERTUS BANK<br>1011 PARK PLACE BLVD<br>GREENSBORO, GA 30642-5151 | | | BUSINESS | | | | 1,829 |
| ACCOUNT NO.  810017396<br><br>CertusBank<br>P.O. Bank 129<br>Mauldin, SC 29662 | | | Business Loan to Pilot Properties LLC | | | | 28,091 |
| ACCOUNT NO.  55000000009060204040609<br><br>CERTUSBANK NA<br>6602 CALHOUN MEMORIAL HW<br>EASLEY, SC 29640 | | | Consideration: NOTE LOAN<br>BUSINESS | | | | 25,279 |

Sheet no. _2_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $       55,199

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:25 - 32845-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Jacob Christopher Hilsman                                    ,           Case No. _____
                        **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   xxxx-xxxx-6866-8737 <br><br>Chase Bank <br>PO BOX 15153 <br>WILMINGTON, DE 19886-5153 | | | Consideration: Credit card debt <br>Business Account | | | | 9,622 |
| ACCOUNT NO.   PILOT <br><br>CHOO CHOO BUILD-IT MART INC <br>6401 LAKE OCONEE PARKWAY <br>GREENSBORO, GA 30642 | | | BUSINESS | | | | 5,837 |
| ACCOUNT NO.   5424181005535880 <br><br>CITI <br>PO BOX 6241 <br>SIOUX FALLS, SD 57117 | | | Consideration: Credit card debt | | | | 6,773 |
| ACCOUNT NO.   PILOT <br><br>COLUMBIA INSURANCE GROUP <br>PO BOX 6032 <br>COLUMBIA, MO 65205 | | | BUSINESS | | | | 130 |
| ACCOUNT NO. <br><br>DALTON CARPET ONE FLOOR & HOME <br>105 HARMONY CROSSING, SUITE 108 <br>EATONTON, GA 31024 | | | BUSINESS LOAN | | | | 62,000 |

Sheet no. _3_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $ | 84,362

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:25 - 32845-301X-*****- PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>Jacob Christopher Hilsman</u>                    ,          Case No. _____
          **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DALTON CARPET ONE FLOOR & HOME<br>105 HARMONY CROSSING, SUITE 108<br>EATONTON, GA 31024 | | | BUSINESS LOAN | | | | 56,000 |
| ACCOUNT NO.<br>DANIEL LAUGHLIN<br>1030 GREENWOOD CIRCLE<br>MADISON, GA 30650 | | | BUSINESS | | | | 75,000 |
| ACCOUNT NO.  72453000<br>FIDELITY BANK<br>3 CORPORATE SQ NE STE 11<br>ATLANTA, GA 30329 | | | Charged-off Secured Loan | | | | 22,294 |
| ACCOUNT NO.  PILOT<br>FOWLER FLEMISTER CONCRETE INC<br>PO BOX 923<br>MILLEDGEVILLE, GA 31059-0923 | | | BUSINESS | | | | 624 |
| ACCOUNT NO.<br>GREAT AMERICA FINANCIAL SERVICES<br>ONE GREATAMERICA<br>625 FIRST STREET SE, 8TH FLOOR<br>CEDAR RAPIDS, IA 52401 | | | BUSINESS | | | | Notice Only |

Sheet no. <u>4</u> of <u>15</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷   $     153,918

Total▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:25 - 32845-301X-*****-- PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Jacob Christopher Hilsman_____,    Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. PILOT<br>GREENWISE ELECTRICAL CONTRACTORS LLC 133 SAMMONS INDUSTRIAL PKWY, SUITE 133 EATONTON, GA 31024 | | | BUSINESS | | | | 14,781 |
| ACCOUNT NO. PILOT<br>GUTTER SOLUTIONS OF OCONEE 102 S. HARMONY CT. EATONTON, GA 31024 | | | BUSINESS | | | | 75 |
| ACCOUNT NO. PILOT<br>HAIFLEIGH BRAND WORKS 600 17TH ST, SUITE 2020 SOUTH DENVER, CO 80202 | | | BUSINESS | | | | 1,125 |
| ACCOUNT NO. PILOT<br>HALLMAN WOOD PRODUCTS INC PO BOX 3490 EATONTON, GA 31024-3490 | | | BUSINESS | | | | 87 |
| ACCOUNT NO. PILOT<br>HOME TECHNOLOGY 1071 JAMESTOWN BLVD WATKINSVILLE, GA 30677 | | | BUSINESS | | | | 1,672 |

Sheet no. __5__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $    17,740

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re _Jacob Christopher Hilsman_____,     Case No. _____
               **Debtor**                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. PILOT<br><br>HR PAINTING<br>113 GLENWOOD CIRCLE<br>EATONTON, GA 31024 | | | BUSINESS | | | | 2,000 |
| ACCOUNT NO. PILOT<br><br>INFINISOURCE<br>ATTN: FINANCE DEPT<br>PO BOX 889<br>COLDWATER, MI 49036-0889 | | | BUSINESS | | | | 140 |
| ACCOUNT NO. PILOT<br><br>JAMES & NATALIE PRICE<br>1070 ANCHOR BAY COURT<br>GREENSBORO, GA 30642 | | | BUSINESS | | | | Notice Only |
| ACCOUNT NO. PILOT<br><br>JOHN A McGILL PC<br>934 SHIELDS POND RD<br>SOCIAL CIRCLE, GA 30025 | | | BUSINESS | | | | 2,710 |
| ACCOUNT NO. PILOT<br><br>JUST CLEAN PRO TEAM<br>PO BOX 3023<br>EATONTON, GA 31024 | | | BUSINESS | | | | 100 |

Sheet no. _6_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $ 4,950

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:26 - 32845-301X-*****- PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Jacob Christopher Hilsman _____ ,   Case No. _____
         **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. PILOT <br><br> JWP PLUMBING <br> 1295 RIVER COVE RD <br> SOCIAL CIRCLE, GA 30025 | | | BUSINESS | | | | 15,183 |
| ACCOUNT NO. PILOT <br><br> KIP CARTER INC <br> 413 VISTA WAY <br> LOGANVILLE, GA 30052 | | | BUSINESS | | | | 200 |
| ACCOUNT NO. <br><br> KIRK & WENDY POTTINGER <br> 10222 HUNT CLUB LANE <br> PALM BEACH. FL 33418 | | | BUSINESS | | | | Notice Only |
| ACCOUNT NO. PILOT <br><br> L&B COMPUTER CONSULTANTS LLC <br> 320 NICKLAUS CIRCLE <br> SOCIAL CIRCLE, GA 30025 | | | BUSINESS | | | | 850 |
| ACCOUNT NO. PILOT <br><br> LAKE COUNTRY PAINTING <br> 1511 NORTH COLUMBIA ST <br> MILLEDGEVILLE, GA 31061 | | | BUSINESS | | | | 425 |

Sheet no. __7__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  16,658

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Jacob Christopher Hilsman_____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  PILOT <br><br>LAKE OCONEE ACE HARDWARE<br>966 GREENSBORO RD<br>PO BOX 3490<br>EATONTON, GA 31024 | | | BUSINESS | | | | 95 |
| ACCOUNT NO.  PILOT <br><br>LAKE OCONEE AREA BUILDERS ASSOC.<br>1041 VILLAGE PARK, SUITE 102<br>GREENSBORO, GA 30642 | | | BUSINESS | | | | 1,205 |
| ACCOUNT NO.  PILOT <br><br>LAKE OCONEE POWER PLACE<br>645 OLD PHOENIX ROAD<br>EATONTON, GA 31024 | | | BUSINESS | | | | 355 |
| ACCOUNT NO. <br><br>LAKE OCONEE RENTALS<br>645 OLD PHOENIX RD<br>EATONTON, GA 31024 | | | BUSINESS | | | | 4,372 |
| ACCOUNT NO.  PILOT <br><br>LAKESIDE MILLWORK<br>160 SAMMONS INDUSTRIAL PARKWAY. 103<br>EATONTON, GA 31024 | | | BUSINESS | | | | 2,166 |

Sheet no. __8__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $　　8,193

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:26 - 32845-301X-*****- PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Jacob Christopher Hilsman_____,   Case No. _____

    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  PILOT<br><br>LAV PLUMBING<br>108 BAY VALLEY DRIVE<br>MILLEDGEVILLE, GA 31024 | | | BUSINESS | | | | 1,134 |
| ACCOUNT NO.<br><br>LIGHTS OF OCONEE<br>113 HARMONY CROSSING, SUITE 1<br>EATONTON, GA 31024 | | | BUSINESS | | | | 8,268 |
| ACCOUNT NO.  PILOT<br><br>LINCOLN NATIONAL LIFE INSURANCE<br>PO BOX 0821<br>CAROL STREAM, IL 60132-0821 | | | BUSINESS | | | | 2,062 |
| ACCOUNT NO.  PILOT<br><br>MADISON RENTALS<br>2201 EATONTON RD<br>MADISON, GA 30650 | | | BUSINESS | | | | 308 |
| ACCOUNT NO.<br><br>MAGISTRATE COURT OF PUTNAM COUNTY<br>100 S. JEFFERSON AVE #306<br>EATONTON, GA 31024 | | | CASE NO 2015-307CC<br>BUSINESS | | | | Notice Only |

Sheet no.  9  of 15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    11,772

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:26 - 32845-301X-*****- PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Jacob Christopher Hilsman_____,   Case No. _____
    **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  PILOT<br><br>MARK & SOPHIA HERRINGTON<br>4440 NORTHSIDE DR<br>ATLANTA, GA 30327 | | | BUSINESS | | | | Notice Only |
| ACCOUNT NO.  PILOT<br><br>METRO WATER FILTER INC<br>1110 COMMERCE DRIVE, SUITE 111<br>GREENSBORO, GA 30642 | | | BUSINESS | | | | 5,084 |
| ACCOUNT NO.  FWC5549A-1<br><br>National Funding, Inc.<br>9820 Towne Centre Drive, Suite 200<br>San Diego, CA 92121 | | | Incurred: 4/14/2015<br>BUSINESS LOAN | | | | 78,600 |
| ACCOUNT NO.  PILOT<br><br>NEPTUNE REFRESHMENTS SERVICES<br>PO BOX 41<br>WATKINSVILLE, GA 30677 | | | BUSINESS | | | | 218 |
| ACCOUNT NO.<br><br>NOLES LANDSCAPING AND IRRIGATION<br>813 GREENSBORO RD<br>EATONTON, GA 31024 | | | BUSINESS LOAN | | | | 63,000 |

Sheet no. __10__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $  146,902

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ____Jacob Christopher Hilsman_____,    Case No. _____
   **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  PILOT <br> OCONEE PORTER INSULATION INC <br> PO BOX 555 <br> JEFFERSON, GA 30549 | | | BUSINESS | | | | 14,172 |
| ACCOUNT NO.  PILOT <br> OCONEE ROCK YARD INC <br> 797 HARMONY RD <br> EATONTON, GA 31024 | | | BUSINESS | | | | 2,110 |
| ACCOUNT NO.  PILOT <br> P&P REMODELATION LLC <br> 145 LONGCREEK DR <br> COVINGTON, GA 30016 | | | BUSINESS | | | | 8,400 |
| ACCOUNT NO.  PILOT <br> PDI - LAWRENCEVILLE <br> PO BOX 1167 <br> LAWRENCEVILLE, GA 30046-1167 | | | BUSINESS | | | | 316 |
| ACCOUNT NO.  PILOT <br> PHELPS WELDING AND RADIATOR INC <br> 1081 FAIRGROUNDS RD <br> MADISON, GA 30650 | | | BUSINESS | | | | 1,545 |

Sheet no. __11__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    26,543

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:26 - 32845-301X-*****- PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re __Jacob Christopher Hilsman_____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  PILOT <br><br> PHIL & MARY JEAN OMAN <br> PO BOX 614 <br> WOODSTOCK, VT 05091 | | | BUSINESS | | | | Notice Only |
| ACCOUNT NO.  PILOT <br><br> PIEDMONT RECYCLING & REFUSE <br> 209 WEST JEFFERSON STREET <br> MADISON, GA 30650 | | | BUSINESS | | | | 2,834 |
| ACCOUNT NO.  PILOT <br><br> PIEDMONT WATER COMPANY <br> PO BOX 80745 <br> ATLANTA, GA 30366 | | | BUSINESS | | | | 10,560 |
| ACCOUNT NO.  PILOT <br><br> RIDLEY HANDYMAN SERVICES INC <br> 450 MILLEDGEVILLE RD <br> EATONTON, GA 31024 | | | BUSINESS | | | | 1,156 |
| ACCOUNT NO.  PILOT <br><br> ROY EMBRY <br> 530 NEW PHOENIX RD NE, #A <br> EATONTON, GA 31024 | | | BUSINESS | | | | 30,000 |

Sheet no. __12__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    44,550

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:26 - 32845-301X-*****  - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Jacob Christopher Hilsman_____,    Case No. _____
                 **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  PILOT<br><br>SKYLINE CONSTRUCTION SERVICES INC<br>996 MILLEDGEVILLE RD<br>EATONTON, GA 31024 | | | BUSINESS | | | | 6,630 |
| ACCOUNT NO.  PILOT<br><br>SNJ ENVIRONMMENTAL<br>116 MADELYN AVE<br>EATONTON, GA 31024 | | | BUSINESS | | | | 1,040 |
| ACCOUNT NO.  PILOT<br><br>SOUTHERN DISTINCTION<br>1 HUNINGTON RD<br>SUITE 102<br>ATHENS, GA 30606 | | | BUSINESS | | | | 4,700 |
| ACCOUNT NO.  4425050072004702<br><br>SUNTRUST BANK<br>7455 CHANCELLOR DR<br>ORLANDO, FL 32809 | | | Consideration: Credit card debt | | | | 4,262 |
| ACCOUNT NO.  4300000430799031<br><br>SUNTRUST BANK<br>PO BOX 85052<br>RICHMOND, VA 23285 | | | Account charged off. | | | | Notice Only |

Sheet no. __13__ of __15__ continuation sheets attached              Subtotal ▷ | $ | 16,632
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                           Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:26 - 32845-301X-*****  - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Jacob Christopher Hilsman_____,  Case No. _____
        **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6019193500148753 <br><br> SYNCB/ROOMS TO GO <br> 950 FORRER BLVD <br> KETTERING, OH 45420 | | | Consideration: Credit card debt | | | | 402 |
| ACCOUNT NO. PILOT <br><br> THE CUTTING EDGE GLASS & MIRROR <br> 118 SCOTT OAK DRIVE <br> SUITE A <br> EATONTON, GA 31024-5560 | | | BUSINESS | | | | 2,551 |
| ACCOUNT NO. PILOT <br><br> TIRADO BROTHERS LLC <br> 3800 UNION POINT HWY <br> GREENSBORO, GA 30642 | | | BUSINESS | | | | 3,905 |
| ACCOUNT NO. PILOT <br><br> TODD & JUDY FREEMAN <br> 6413 NORDIC CIRCLE <br> EDINA, MN 55439 | | | BUSINESS | | | | Notice Only |
| ACCOUNT NO. 52843001 <br><br> TRI COUNTY EMC <br> PO BOX 487 <br> GRAY, GEORGIA 31032 | | | BUSINESS | | | | 136 |

Sheet no. __14__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $   6,994

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Jacob Christopher Hilsman_____,          Case No. _____
           **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. PILOT<br><br>UNIFIED DESIGN<br>1020 SEETTLERS PASS<br>ATHENS, GA 30606 | | | BUSINESS | | | | 12,750 |
| ACCOUNT NO.<br><br>VNS CORPORATION<br>325 COMMERCE LOOP<br>VIDALIA, GA 30474 | | | BUSINESS LOAN | | | | 21,878 |
| ACCOUNT NO. 0411-00-664075-9<br><br>WEX BANK<br>PO BOX 6293<br>CAROL STREAM, IL 60197-6293 | | | BUSINESS ACCOUNT | | | | 3,665 |
| ACCOUNT NO. PILOT<br><br>WILHOIT GAS<br>PO BOX 748<br>GREENSBORO, GA 30642 | | | BUSINESS | | | | 3,124 |
| ACCOUNT NO. PILOT<br><br>WILLIAM & MARCELLE IRWIN<br>13445 FREE SPIRIT WAY<br>PALM BEACH GARDENS, FL 33418 | | | BUSINESS | | | | Notice Only |

Sheet no. _15_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $    41,417

Total ▷  $   669,723

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re    Jacob Christopher Hilsman                          Case No. _____
_____                                    (if known)
              **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

　　　Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐　Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Athens Digital Systems Inc<br>8801 Macon Highway, Suite 5<br>Athens, GA 30605 | COPIER & OFFICE EQUIP |
| CURTIS DEVELOPMENT<br>953 HARMONY ROAD, STE 103<br>EATONTON, GA 31024 | OFFICE |
| | |
| | |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re  Jacob Christopher Hilsman                          Case No. _____
                    **Debtor**                                          **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| PILOT BUILDERS INC<br>2520 MONTICELLO ROAD<br>MADISON, GA 30650 | ALL BUSINESS DEBTS |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jacob Christopher Hilsman |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Middle          District of GA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form **B 6I**

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | SELF EMPLOYED | INSURANCE AGENT |
| **Employer's name** | PILOT BUILDERS INC | JIM BOYD & ASSOCIATES, INC |
| **Employer's address** | 951 HARMONY RD #203<br>Number   Street | PO BOX 69<br>Number   Street |
| | EATONTON, GA 31024<br>City          State   ZIP Code | MADISON, GA 30650<br>City          State   ZIP Code |
| **How long employed there?** | 17 YEARS | 5 YEARS |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0 | $ 6,064 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0 | + $ 0 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0 | $ 6,064 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:28 - 32845-301X-***** - PDF-XChange 4.0

Debtor 1    Jacob Christopher Hilsman

First Name     Middle Name     Last Name

Case number *(if known)*_____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................... ➔ 4. | | $ 0 | $ 6,064 |

5. **List all payroll deductions:**

|  |  | | |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0 | $ 1,206 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0 | $ 0 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0 | $ 181 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0 | $ 0 |
| 5e. **Insurance** | 5e. | $ 0 | $ 0 |
| 5f. **Domestic support obligations** | 5f. | $ 0 | $ 0 |
| 5g. **Union dues** | 5g. | $ 0 | $ 0 |
| 5h. **Other deductions.** Specify: ;_____ | 5h. | + $ 0 | + $ 0 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6.    $ 0    $ 1,387

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0    $ 4,677

8. **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0 | $ 0 |
| 8b. **Interest and dividends** | 8b. | $ 0 | $ 0 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0 | $ 0 |
| 8d. **Unemployment compensation** | 8d. | $ 0 | $ 0 |
| 8e. **Social Security** | 8e. | $ 0 | $ 0 |
| 8f. **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ;_____ | 8f. | $ 0 | $ 0 |
| 8g. **Pension or retirement income** | 8g. | $ 0 | $ 0 |
| 8h. **Other monthly income.** Specify: ;_____ | 8h. | + $ 0 | + $ 0 |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 0    $ 0

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 0 + $ 4,677 = $ 4,677

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____ _____    11. + $ 0

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies    12.    $ 4,677

Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**

[X] No.

[ ] Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    Jacob Christopher Hilsman
<br>First Name      Middle Name      Last Name

Debtor 2
<br>(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    Middle    District of   GA

Case number
<br>(If known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
<br>_____
<br>MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses      12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---------|-------------------------|

1. **Is this a joint case?**

   ☒ No.  Go to line 2.
   <br>☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
   <br>     ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   <br>☒ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| son | 7 | ☐ No ☒ Yes |
| daughter | 9 | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   <br>☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---------|----------------------------------------|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | Your expenses |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ 1,803

   **If not included in line 4:**

   4a. Real estate taxes    4a. $ 360

   4b. Property, homeowner's, or renter's insurance    4b. $ 205

   4c. Home maintenance, repair, and upkeep expenses    4c. $ 0

   4d. Homeowner's association or condominium dues    4d. $ 0

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:30 - 32845-301X-****** - PDF-XChange 4.0

Debtor 1    Jacob Christopher Hilsman                               Case number *(if known)*_____

    First Name    Middle Name      Last Name

| | | **Your expenses** |
|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 400 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 25 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 250 |
| 6d. | Other. Specify: _____ | 6d. | $ 0 |
| 7. | **Food and housekeeping supplies** | 7. | $ 775 |
| 8. | **Childcare and children's education costs** | 8. | $ 0 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 200 |
| 10. | **Personal care products and services** | 10. | $ 20 |
| 11. | **Medical and dental expenses** | 11. | $ 200 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 500 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 455 |
| 15b. | Health insurance | 15b. | $ 575 |
| 15c. | Vehicle insurance | 15c. | $ 215 |
| 15d. | Other insurance. Specify:_____ | 15d. | $ 0 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ _____ | 16. | $ 0 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 315 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 562 |
| 17c. | Other. Specify: Wife Credit Card's | 17c. | $ 740 |
| 17d. | Other. Specify: Husquarvarna | 17d. | $ 100 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $ 0 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| 20a. | Mortgages on other property | 20a. | $ 0 |
| 20b. | Real estate taxes | 20b. | $ 0 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ 0 |

Debtor 1    Jacob Christopher Hilsman                          Case number *(if known)*_____
            First Name      Middle Name      Last Name

21. **Other**. Specify: _____  _____    21.  **+**$_____  0

22. **Your monthly expenses.** Add lines 4 through 21.                    22.  $_____  7,700
    The result is your monthly expenses.

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a.  $_____  4,677

    23b.  Copy your monthly expenses from line 22 above.                     23b.  **−** $_____  7,700

    23c.  Subtract your monthly expenses from your monthly income.           23c.  $_____  -3,023
          The result is your *monthly net income*.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    [X] No.
    [ ] Yes.     Explain here:

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Georgia

In re ___Jacob Christopher Hilsman_____

Debtor

Case No. _____

Chapter ___7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 349,900 | | |
| B – Personal Property | YES | 3 | $ 74,350 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 654,240 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 22,000 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $ 669,723 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 4,677 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $ 7,700 |
| TOTAL | | 33 | $ 424,250 | $ 1,345,963 | |

# United States Bankruptcy Court
## Middle District of Georgia

In re   Jacob Christopher Hilsman                        Case No. _____

Debtor

Chapter    7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   N.A. |
| Student Loan Obligations (from Schedule F) | $   N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   N.A. |
| TOTAL | $   N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $   N.A. |
| Average Expenses (from Schedule J, Line 22) | $   N.A. |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4.  Total from Schedule F | | $   N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

**B6 (Official Form 6 - Declaration) (12/07)**

Jacob Christopher Hilsman

In re _____    Case No. _____
      **Debtor**                                                                **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____35_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _8/24/2015_____    Signature: ____/s/ Jacob Christopher Hilsman____
                                                                                              **Debtor**

Date _____    Signature: _____Not Applicable_____
                                                                                        **(Joint Debtor, if any)**

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,                           Social Security No.
of Bankruptcy Petition Preparer                                        *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____    _____
    Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

--------------------------------------------------------------------------------------------------------------------------------------------
*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:31 - 32845-301X-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## Middle District of Georgia

In Re  Jacob Christopher Hilsman

Case No. _____
                (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2015(db) | 0 | PILOT BUILDERS |
| 2014(db) | -221,967 | PILOT BUILDERS |
| 2013(db) | -18,765 | PILOT BUILDERS |
| | | |
| 2015(nfs) | | |
| 2014(nfs) | | |
| 2013(nfs) | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:31 - 32845-301X-*****- PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                 2

---

**2. Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                        SOURCE

---

**3. Payments to creditors**

None
☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

None
☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| LT SCHRAGER INVESTMENTS INC 1924 PIEDMONT CIRCLE NE, STE 100 ATLANTA, GA 30324 | JULY, AUGUST, SEPTEMBER | 1803, 1803, 1803 | 250,000 |
| BANKSOUTH 6340 LAKE OCONEE PKWY GREENSBORO, GA 30642 | JULY-SEPTEMBER 2015 | 562, 562, 562 | 11,836 |
| American Express PO BOX 650448 Dallas, TX 75265-0448 | AUGUST | 600 | 838 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:07:31 - 32845-301X-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                    3

---

None

☒        *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or
         for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
         include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
         and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐        a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
         preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
         information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
         and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| SKYLINE CONSTRUCTION SERVICES INC V. CHRIS HILLSMAN dba PILOT BUILDERS, INC | CIVIL | MAGISTRATE COURT OF PUTNAM CO 100 S. JEFFERSON AVE #306 EATONTON, GA 31024 | PENDING |

---

None

☒        b.      Describe all property that has been attached, garnished or seized under any legal or equitable process within
         one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter
         13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
         unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                4

---

**5.  Repossessions, foreclosures and returns**

None        List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒        lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and Receiverships**

None        a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒        the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include any
assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

---

None        b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒        year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|---|

---

**7.  Gifts**

None        List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒        case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter
12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                5

---

**8.   Losses**

None
☒          List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or
chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9.   Payments related to debt counseling or bankruptcy**

None
☒          List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10.   Other transfers**

None
☐          a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs
of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| TERRI HILSMAN (SAME ADDRESS AS DEBTOR) Relationship: SPOUSE | 2015 | 2011 VOLKSWAGON ROUTAN TITLED AND REFINANCE IN SPOUSE'S NAME. APPROXIMATE VALUE $17,500 AND REFI DEBT WAS $18,000. |
| 3RD PARTY | 8/2015 | SOLD 2013 GMC Z71 FOR $25,000.  MONEY USED PRIMARILY FOR HOUSEHOLD BILLS AND LIVING EXPENSES AND TO BRING PAST DUE HOUSEHOLD BILLS CURRENT. |

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| UNITED BANK MADISON, GA 30650 | JOINT CHECKING ACCOUNT WITH SPOUSE<br>Closing Balance: $0 | AUGUST 2015 |

**12.  Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.     (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| UNITED BANK MADISON, GA 30650 | DEBTOR AND SPOUSE | DOCUMENTS | |

B7 (Official Form 7) (04/13)                                                                                    7

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    8

---

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| T-210L LLC | | 2520 MONTICELLO ROAD MADISON, GA 30650 | LLC Onwer of Plane CESSNA T-210L DEBTOR IS 1/3 OWNER | |
| PILOT BUILDERS INC | 58-2420924 | 2520 MONTICELLO ROAD MADISON, GA 30650 | RESIDENTIAL CONSTRUCTION | 1998-PRESENT |
| PILOT PROPERTIES LLC | | 2520 MONTICELLO ROAD MADISON, GA 30650 | RENTAL PROPERTY | 1998-PRESENT |

B7 (Official Form 7) (04/13)                                                                                                     9

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None
☐

a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

CHRISTOPHER HILSMAN                                             1998-PRESENT FOR ALL CO'S
2520 MONTICELLO ROAD
MADISON, GA 30650

None
☒

b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                ADDRESS                              DATES SERVICES RENDERED

None
☐

c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

CHRISTOPHER HILSMAN                      2520 MONTICELLO ROAD
                                                        MADISON, GA 30650

B7 (Official Form 7) (04/13)                                                                                              10

None   d.      List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒              financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                      DATE
                                                     ISSUED

### 20. Inventories

None   a.      List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒              taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                   (Specify cost, market or other basis)

None   b.      List the name and address of the person having possession of the records of each of the two inventories
☒              reported in a., above.

DATE OF INVENTORY                               NAME AND ADDRESSES OF CUSTODIAN OF
                                                     INVENTORY RECORDS

### 21. Current Partners, Officers, Directors and Shareholders

None   a.      If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS             NATURE OF INTEREST                  PERCENTAGE OF INTEREST

None   b.      If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☐              or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                      TITLE                      NATURE AND PERCENTAGE OF
                                                                    STOCK OWNERSHIP

CHRISTOPHER HILSMAN             CEO                      100% OWNER OF PILOT
2520 MONTICELLO ROAD                                    BUILDERS AND PILOT
MADISON, GA 30650                                       PROPERTIES
                                                        33% OWNER OF T-210L LLC

B7 (Official Form 7) (04/13)                                                                                          11

**22. Former partners, officers, directors and shareholders**

None
☒
a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☒
b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23. Withdrawals from a partnership or distribution by a corporation**

None
☐
If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|------------------------------------------------------|
| DOUGLAS TOMLIN Relationship: BUSINESS PARTNER | 12/31/2011 BUSINESS SPLIT | STOCK REDEMPTION BY COMPANY |

**24. Tax Consolidation Group**

None
☒
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds**

None
☒
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

*    *    *    *    *    *

B7 (Official Form 7) (04/13)                                                                                                    12

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   8/24/2015
_____

Signature
of Debtor

/s/ Jacob Christopher Hilsman
_____

JACOB CHRISTOPHER HILSMAN

_____0_____ continuation sheets attached

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571**

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Middle District of Georgia

In re  Jacob Christopher Hilsman    ,    Case No. _____
_____
         Debtor                                  Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

---

Property No.  1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| BANKSOUTH | 2007 Chevy Silverado 3500 Crew Cad 4x4 |
| 6340 LAKE OCONEE PKWY | (250,000 miles) |
| GREENSBORO, GA 30642 | |

Property will be *(check one)*:
- ☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt          ☐ Not claimed as exempt

---

Property No. 2  *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| ALLY FINANCIAL | 2013 GMC 1500 EXTENDED CAB (85,000 |
| 200 RENAISSANCE CTR | MILES) |
| DETROIT, MI 48243 | |

Property will be *(check one)*:
- ☑ Surrendered      ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

B8 (Official Form 8) (12/08)                                                                                          Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br>Athens Digital Systems Inc<br>8801 Macon Highway, Suite 5<br>Athens, GA 30605 | **Describe Leased Property:**<br>COPIER & OFFICE EQUIP | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐  YES        ☑  NO |

| Property No.  2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:**<br>CURTIS DEVELOPMENT<br>953 HARMONY ROAD, STE 103<br>EATONTON, GA 31024 | **Describe Leased Property:**<br>OFFICE | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐  YES        ☑  NO |

| Property No.  3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐  YES        ☐  NO |

___1___    continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: 8/24/2015                                                /s/ Jacob Christopher Hilsman
                                                                    Signature of Debtor

                                                                    Signature of Joint Debtor

B8 (Official Form8)(12/08)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

PART A    - Continuation

| Property No: 3 | |
|---|---|
| **Creditor's Name:**<br>LT SCHRAGER INVESTMENTS INC<br>1924 PIEDMONT CIRCLE NE, STE 100<br>ATLANTA, GA 30324 | **Describe Property Securing Debt:**<br>Residence |

Property will be    *(check one):*

☐    Surrendered          ☑    Retained

If retaining the property, I intend to    *(check at least one):*

☐    Redeem the property
☑    Reaffirm the debt
☐    Other.  Explain _____    (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is    *(check one):*
☐    Claimed as exempt                    ☑    Not claimed as exempt

AIR CONDITIONING SPECIALISTS INC
500 HAMMOCK ROAD
MILLEDGEVILLE, GA 31061-7102

ALLY FINANCIAL
200 RENAISSANCE CTR
DETROIT, MI 48243

American Express
PO BOX 650448
Dallas, TX 75265-0448

AMY CHATHAM
810 PALMER DR
HERNANDO, MS 38632-4532

ASKEW APPLIANCE & TV INC
1500 W. BROAD ST
GREENSBORO, GA 30642

Athens Digital Systems Inc
8801 Macon Highway, Suite 5
Athens, GA 30605

Athens Digital Systems Inc
8801 Macon Highway, Suite 5
Athens, GA 30605

BANKSOUTH
6340 LAKE OCONEE PKWY
GREENSBORO, GA 30642

BDLS & ASSOCIATES INC
PO BOX 340
GREENSBORO, GA 30642

BUG HOUSE PEST CONTROL OF LAKE OCONEE
1210 COMMERCE DR, SUITE 101
GREENSBORO, GA 30642

BUILDERS IINSURANCE GROUP
PO BOX 723026
ATLANTA, GA 31139-0099

BUILDERS RISK PLAN
PO BOX 931795
ATLANTA, GA 31193-1795

CAPITAL INVOICE
1431 LAKE WELBROOK DRIVE
ATHENS, GA 30606

CARLOS & CHRISTINE CUBIAS
1226 S ALHAMBRIA CIRCLE
PALM BEACH GARDENS. FL 33418

Centralized Insolvancy Operation
Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

CENTURY BANK
141 S WAYNE STREET
MILLEDGEVILLE, GA 31061

CERTUS BANK
1011 PARK PLACE BLVD
GREENSBORO, GA 30642-5151

CertusBank
P.O. Bank 129
Mauldin, SC 29662

CERTUSBANK NA
6602 CALHOUN MEMORIAL HW
EASLEY, SC 29640

Chase Bank
PO BOX 15153
WILMINGTON, DE 19886-5153

CHOO CHOO BUILD-IT MART INC
6401 LAKE OCONEE PARKWAY
GREENSBORO, GA 30642

CITI
PO BOX 6241
SIOUX FALLS, SD 57117

COLUMBIA INSURANCE GROUP
PO BOX 6032
COLUMBIA, MO 65205

CURTIS DEVELOPMENT
953 HARMONY ROAD, STE 103
EATONTON, GA 31024

DALTON CARPET ONE FLOOR & HOME
105 HARMONY CROSSING, SUITE 108
EATONTON, GA 31024

DALTON CARPET ONE FLOOR & HOME
105 HARMONY CROSSING, SUITE 108
EATONTON, GA 31024

DANIEL LAUGHLIN
1030 GREENWOOD CIRCLE
MADISON, GA 30650

FIDELITY BANK
3 CORPORATE SQ NE STE 11
ATLANTA, GA 30329

FIDELITY BANK
3 CORPORATE SQ NE STE 11
ATLANTA, GA 30329

FOWLER FLEMISTER CONCRETE INC
PO BOX 923
MILLEDGEVILLE, GA 31059-0923

Georgia Department of Revenue
1200 Tradeport Boulevard
Atlanta, GA 30354

GREAT AMERICA FINANCIAL SERVICES
ONE GREATAMERICA
625 FIRST STREET SE, 8TH FLOOR
CEDAR RAPIDS, IA 52401

GREENWISE ELECTRICAL CONTRACTORS LLC
133 SAMMONS INDUSTRIAL PKWY, SUITE 133
EATONTON, GA 31024

GUTTER SOLUTIONS OF OCONEE
102 S. HARMONY CT.
EATONTON, GA 31024

HAIFLEIGH BRAND WORKS
600 17TH ST, SUITE 2020 SOUTH
DENVER, CO 80202

HALLMAN WOOD PRODUCTS INC
PO BOX 3490
EATONTON, GA 31024-3490

HOME TECHNOLOGY
1071   JAMESTOWN BLVD
WATKINSVILLE, GA 30677

HR PAINTING
113 GLENWOOD CIRCLE
EATONTON, GA 31024

INFINISOURCE
ATTN: FINANCE DEPT
PO BOX 889
COLDWATER, MI 49036-0889

JAMES & NATALIE PRICE
1070 ANCHOR BAY COURT
GREENSBORO, GA 30642

JOHN A McGILL PC
934 SHIELDS POND RD
SOCIAL CIRCLE, GA 30025

JUST CLEAN PRO TEAM
PO BOX 3023
EATONTON, GA 31024

JWP PLUMBING
1295 RIVER COVE RD
SOCIAL CIRCLE, GA 30025

KIP CARTER INC
413 VISTA WAY
LOGANVILLE, GA 30052

KIRK & WENDY POTTINGER
10222 HUNT CLUB LANE
PALM BEACH. FL 33418

L&B COMPUTER CONSULTANTS LLC
320 NICKLAUS CIRCLE
SOCIAL CIRCLE, GA 30025

LAKE COUNTRY PAINTING
1511 NORTH COLUMBIA ST
MILLEDGEVILLE, GA 31061

LAKE OCONEE ACE HARDWARE
966 GREENSBORO RD
PO BOX 3490
EATONTON, GA 31024

LAKE OCONEE AREA BUILDERS ASSOC.
1041 VILLAGE PARK, SUITE 102
GREENSBORO, GA 30642

LAKE OCONEE POWER PLACE
645 OLD PHOENIX ROAD
EATONTON, GA 31024

LAKE OCONEE RENTALS
645 OLD PHOENIX RD
EATONTON, GA 31024

LAKESIDE MILLWORK
160 SAMMONS INDUSTRIAL PARKWAY. 103
EATONTON, GA 31024

LAV PLUMBING
108 BAY VALLEY DRIVE
MILLEDGEVILLE, GA 31024

LIGHTS OF OCONEE
113 HARMONY CROSSING, SUITE 1
EATONTON, GA 31024

LINCOLN NATIONAL LIFE INSURANCE
PO BOX 0821
CAROL STREAM, IL 60132-0821

LT SCHRAGER INVESTMENTS INC
1924 PIEDMONT CIRCLE NE, STE 100
ATLANTA, GA 30324

MADISON RENTALS
2201 EATONTON RD
MADISON, GA 30650

MAGISTRATE COURT OF PUTNAM COUNTY
100 S. JEFFERSON AVE #306
EATONTON, GA 31024

MARK & SOPHIA HERRINGTON
4440 NORTHSIDE DR
ATLANTA, GA 30327

METRO WATER FILTER INC
1110 COMMERCE DRIVE, SUITE 111
GREENSBORO, GA 30642

National Funding, Inc.
9820 Towne Centre Drive, Suite 200
San Diego, CA 92121

NEPTUNE REFRESHMENTS SERVICES
PO BOX 41
WATKINSVILLE, GA 30677

NOLES LANDSCAPING AND IRRIGATION
813 GREENSBORO RD
EATONTON, GA 31024

OCONEE PORTER INSULATION INC
PO BOX 555
JEFFERSON, GA 30549

OCONEE ROCK YARD INC
797 HARMONY RD
EATONTON, GA 31024

P&P REMODELATION LLC
145 LONGCREEK DR
COVINGTON, GA 30016

PDI - LAWRENCEVILLE
PO BOX 1167
LAWRENCEVILLE, GA 30046-1167

PHELPS WELDING AND RADIATOR INC
1081 FAIRGROUNDS RD
MADISON, GA 30650

PHIL & MARY JEAN OMAN
PO BOX 614
WOODSTOCK, VT 05091

PIEDMONT RECYCLING & REFUSE
209 WEST JEFFERSON STREET
MADISON, GA 30650

PIEDMONT WATER COMPANY
PO BOX 80745
ATLANTA, GA 30366

PILOT BUILDERS INC
2520 MONTICELLO ROAD
MADISON, GA 30650

RIDLEY HANDYMAN SERVICES INC
450 MILLEDGEVILLE RD
EATONTON, GA 31024

ROY EMBRY
530 NEW PHOENIX RD NE, #A
EATONTON, GA 31024

SKYLINE CONSTRUCTION SERVICES INC
996 MILLEDGEVILLE RD
EATONTON, GA 31024

SNJ ENVIRONMMENTAL
116 MADELYN AVE
EATONTON, GA 31024

SOUTHERN DISTINCTION
1 HUNINGTON RD
SUITE 102
ATHENS, GA 30606

SUNTRUST BANK
7455 CHANCELLOR DR
ORLANDO, FL 32809

SUNTRUST BANK
PO BOX 85052
RICHMOND, VA 23285

SUNTRUST BK
PO BOX 85526
RICHMOND, VA 23285

SYNCB/ROOMS TO GO
950 FORRER BLVD
KETTERING, OH 45420

THE CUTTING EDGE GLASS & MIRROR
118 SCOTT OAK DRIVE
SUITE A
EATONTON, GA 31024-5560

TIRADO BROTHERS LLC
3800 UNION POINT HWY
GREENSBORO, GA 30642

TODD & JUDY FREEMAN
6413 NORDIC CIRCLE
EDINA, MN 55439

TRI COUNTY EMC
PO BOX 487
GRAY, GEORGIA 31032

UNIFIED DESIGN
1020 SEETTLERS PASS
ATHENS, GA 30606

UNITED BANK
685 GRIFFIN ST
ZEBULON, GA 30295

VNS CORPORATION
325 COMMERCE LOOP
VIDALIA, GA 30474

WEX BANK
PO BOX 6293
CAROL STREAM, IL 60197-6293

WILHOIT GAS
PO BOX 748
GREENSBORO, GA 30642

WILLIAM & MARCELLE IRWIN
13445 FREE SPIRIT WAY
PALM BEACH GARDENS, FL 33418

**UNITED STATES BANKRUPTCY COURT**
**Middle District of Georgia**

In re   Jacob Christopher Hilsman                           ,
                              Debtor

Case No. _____

Chapter   7   _____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 8 pages, is true, correct

and complete to the best of my knowledge.

Date   8/24/2015   _____

Signature
of Debtor

/s/ Jacob Christopher Hilsman   _____

JACOB CHRISTOPHER HILSMAN

Kevin J. Cowart
The Cowart Law Firm P.C.
P.O. Box 897
Madison, GA 30650
706-431-2450
404-506-9744

B203
12/94

# United States Bankruptcy Court
### Middle District of Georgia

In re  Jacob Christopher Hilsman

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

   For legal services, I have agreed to accept ...........................…………………….... $ _____2,000_____

   Prior to the filing of this statement I have received ........…………...............….. $ _____2,000_____

   Balance Due ...........................................…………………………….................... $ _____0_____

2. The source of compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.</td></tr>
<tr><td>8/24/2015<br>_____<br><i>Date</i></td><td>/s/ Kevin J. Cowart<br>_____<br><i>Signature of Attorney</i><br>The Cowart Law Firm P.C.<br>_____<br><i>Name of law firm</i></td></tr>
</table>

<table>
<tr><td>

**Fill in this information to identify your case:**

Debtor 1    Jacob Christopher Hilsman
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ Middle _____ District of __ GA __
(State)

Case number
(If known) _____

</td><td>

**Check one box only as directed in this form and in Form 22A-1Supp:**

☒ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

## Official Form 22A—1

# Chapter 7 Statement of Your Current Monthly Income
12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

### Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☒ **Married and your spouse is NOT filing with you.** You and your spouse are:

     ☒ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

     ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

| | | | Column A | Column B |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | | | |
| Ordinary and necessary operating expenses | − $_____ | | | |
| Net monthly income from a business, profession, or farm | $_____ | Copy here➔ | $_____ | $_____ |

6. **Net income from rental and other real property**

| | | | Column A | Column B |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | | | |
| Ordinary and necessary operating expenses | − $_____ | | | |
| Net monthly income from rental or other real property | $_____ | Copy here➔ | $_____ | $_____ |

| 7. **Interest, dividends, and royalties** | $_____ | $_____ |
|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:08:04 - 32845-301X-***** - PDF-XChange 4.0

Debtor 1 __Jacob Christopher Hilsman_____    Case number (if known)_____
First Name    Middle Name    Last Name

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $_____ | $_____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ..........................↓

For you ...................................................... $_____

For your spouse....................................................... $_____

| | | |
|---|---|---|
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $_____ | $_____ |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| | | |
|---|---|---|
| 10a. _____ | $_____ | $_____ |
| 10b. _____ | $_____ | $_____ |
| 10c. Total amounts from separate pages, if any. | +$_____ | +$_____ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$_____ **+** $_____ **=** $_____
**Total current monthly income**

---

**Part 2:** **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11................................................. Copy line 11 here➡ 12a.    $_____

Multiply by 12 (the number of months in a year).    **x 12**

12b. The result is your annual income for this part of the form.    12b.    $_____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [_____]

Fill in the number of people in your household.    [_____]

Fill in the median family income for your state and size of household. ..........................................13.    $_____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A–2.

---

**Part 3:** **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✖ /s/ Jacob Christopher Hilsman_____    ✖ _____
Signature of Debtor 1    Signature of Debtor 2

Date _8/24/2015____    Date _8/24/2015____
MM / DD / YYYY    MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A–2.

If you checked line 14b, fill out Form 22A–2 and file it with this form.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:08:05 - 32845-301X-***** - PDF-XChange 4.0

| Debtor 1 | Jacob Christopher Hilsman | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Middle__    District of __GA__
(State)

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 22A—1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

   ☒ No. Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ☐ Yes. Go to Part 2.

### Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☒ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

   ☐ No. Go to line 3.

   ☐ Yes. Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

   ☒ No. Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes. Check any one of the following categories that applies:

   ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

   ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

   ☐ **I am performing a homeland defense activity for at least 90 days.**

   ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, September 21, 2015, at 14:08:05 - 32845-301X-***** - PDF-XChange 4.0