In re   Jacob Christopher Hilsman  
          **Debtor**

Case No.   15-31022  
          **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Rental House<br><br>1181 Glades Road<br>Madison, GA 30650 | Fee Simple | | 65,200 | 260,095 |
| Residence (Includes 1.53 acre track titled in Chris Hilsman's name)<br><br>2520 Monticello Highway<br>Madison, GA 30650 | Fee Simple | | 284,700 | 250,000 |
| | | Total ▷ | 349,900 | |

(Report also on Summary of Schedules.)

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
Middle District of Georgia

In re  Jacob Christopher Hilsman,  Debtor          Case No. 15-31022          Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** BANKSOUTH, 6340 LAKE OCONEE PKWY, GREENSBORO, GA 30642 | **Describe Property Securing Debt:** 2007 Chevy Silverado 3500 Crew Cad 4x4 (250,000 miles) |

Property will be *(check one):*
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one):*
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt
- ☐ Not claimed as exempt

---

Property No. 2 *(if necessary)*

| **Creditor's Name:** ALLY FINANCIAL, 200 RENAISSANCE CTR, DETROIT, MI 48243 | **Describe Property Securing Debt:** 2013 GMC 1500 EXTENDED CAB (85,000 MILES) |

Property will be *(check one):*
- ☑ Surrendered
- ☐ Retained

If retaining the property, I intend to *(check at least one):*
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

B8 (Official Form 8) (12/08)     Page 2

**PART B** - Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Athens Digital Systems Inc<br>8801 Macon Highway, Suite 5<br>Athens, GA 30605 | **Describe Leased Property:**<br>COPIER & OFFICE EQUIP | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES     ☑ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:**<br>CURTIS DEVELOPMENT<br>953 HARMONY ROAD, STE 103<br>EATONTON, GA 31024 | **Describe Leased Property:**<br>OFFICE | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES     ☑ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES     ☐ NO |

___2___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: 10/7/2015            /s/ Jacob Christopher Hilsman
                                                             Signature of Debtor

                                                             Signature of Joint Debtor

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

| Property No: 3 | |
|---|---|
| **Creditor's Name:**<br>SUNTRUST BANK<br>PO BOX 85526<br>RICHMOND, VA 23285 | **Describe Property Securing Debt:**<br>Rental House |

Property will be *(check one)*:

[✓] Surrendered     [ ] Retained

If retaining the property, I intend to *(check at least one)*:

[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one)*:
[ ] Claimed as exempt     [✓] Not claimed as exempt

---

| Property No: 4 | |
|---|---|
| **Creditor's Name:**<br>CENTURY BANK<br>141 S WAYNE STREET<br>MILLEDGEVILLE, GA 31061 | **Describe Property Securing Debt:**<br>Rental House |

Property will be *(check one)*:

[✓] Surrendered     [ ] Retained

If retaining the property, I intend to *(check at least one)*:

[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one)*:
[ ] Claimed as exempt     [✓] Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

Property No: 5

**Creditor's Name:**
LT SCHRAGER INVESTMENTS INC
1924 PIEDMONT CIRCLE NE, STE 100
ATLANTA, GA 30324

**Describe Property Securing Debt:**
Residence (Includes 1.53 acre track titled in Chris Hilsman's name)

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

B6 (Official Form 6 - Declaration) (12/07)

In re  Jacob Christopher Hilsman  
        Debtor

Case No. 15-31022  
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __5__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  10/7/2015  
Signature:  /s/ Jacob Christopher Hilsman  
        Debtor

Date _____  
Signature:  Not Applicable  
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,  
of Bankruptcy Petition Preparer

Social Security No.  
(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____  
Signature of Bankruptcy Petition Preparer

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____  
Signature: _____

_____  
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**UNITED STATE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

IN RE:                                             |
                                                   |
JACOB CHRISTOPHER HILSMAN         |       Chapter 13
                                                   |       Case No. 15-31022
            Debtor.                           |

**CERTIFICATE OF SERVICE**

I hereby certify that the following parties have been served with *the forgoing documents.* Those not served by electronic means by the Court's electronic filing system have been served by first class mail:

William M. Flatau, Chapter 7 Trustee
billflatau@hotmail.com

Jacob Christopher Hilsman
2520 Monticello Road
Madison, GA 30650

   This:  October 7, 2015.

                                        Respectfully Submitted,
                                        The Cowart Law Firm, P.C.
                                        /s/ Kevin J. Cowart
                                        Kevin J. Cowart
                                        Attorney For Debtors
                                        State Bar No. 191898

The Cowart Law Firm, P.C.
P.O. Box 897
Madison, GA 30650
Phone: 706-431-2450
Fax: 404-506-9744
kevincowart@hotmail.com